**DENIED BY THE COURT**
**No good cause shown.**

By: *Gary Klausner*
Hon. R. Gary Klausner
U.S. District Judge
Dated: 2/13/2025

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. No. 2:24-CR-295-RGK |
| Plaintiffs, | [PROPOSED] ORDER ~~CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT~~ |
| v. | |
| ANDREW A. WIEDERHORN, WILLIAM J. AMON, REBECCA D. HERSHINGER, and FAT BRANDS INC., | CURRENT TRIAL DATE: 10/28/25<br>PROPOSED TRIAL DATE: 02/24/26 |
| Defendants. | [97] |

The Court has read and considered Defendants' *Ex Parte* Application For An Order (1) Continuing the Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act ("Application"), filed on February 11, 2025. The Court hereby finds that the Application, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding

impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, the number of defendants, and the existence of novel questions of fact and law that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act, particularly in light of unexpected force majeure events; and (iv) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from October 28, 2025, to February 24, 2026.

2. The time period of October 28, 2025, to February 24, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv).

3. Defendants shall appear at the United States District Court at 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850, 8th Floor on February 24, 2026, at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other

///
///
///
///
///
///
///
///

provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

Dated: _____, 2025

**DENIED BY THE COURT**

_____
HONORABLE R. GARY KLAUSNER
United States District Judge

Presented by:

/s/ Vicki Chou
VICKI CHOU
Attorney for Defendant
FAT Brands Inc.

February 11, 2025
Date