1  BILAL A. ESSAYLI
   United States Attorney
2  LINDSEY GREER DOTSON
   Assistant United States Attorney
3  Chief, Criminal Division
   KEVIN B. REIDY (Cal. Bar No. 320583)
4  Assistant United States Attorney
   Major Frauds Section
5  BENEDETTO L. BALDING (Cal. Bar No. 244508)
   Assistant United States Attorney
6  Transnational Organized Crime Section
         1100/1400 United States Courthouse
7        312 North Spring Street
         Los Angeles, California 90012
8        Telephone: (213) 894-8536/2274
         Facsimile: (213) 894-0141
9        E-mail:    kevin.reidy@usdoj.gov
                    benedetto.balding@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                    UNITED STATES DISTRICT COURT

13           FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,          No. 2:24-cr-00295-RGK

15         Plaintiff,                 NOTICE OF REASSIGNMENT

16              v.

17 ANDREW A. WIEDERHORN,
   WILLIAM J. AMON,
18 REBECCA D. HERSINGER, and
   FAT BRANDS INC.,
19
           Defendants.
20

21      Plaintiff United States of America, hereby advises the Court

22 that the above-captioned case has been reassigned to a new Assistant

23 United States Attorney ("AUSA") as follows:

24

|                             | Name                  | E-Mail Address                 |
| --------------------------- | --------------------- | ------------------------------ |
| Previously Assigned AUSA    | Adam P. Schleifer     | adam.schleifer@usdoj.gov       |
| Newly Assigned AUSA         | Benedetto L. Balding  | benedetto.balding@usdoj.gov    |

28

1    Please make all necessary changes to the Court's Case

2 Management/Electronic Case Filing system to ensure that the newly

3 assigned AUSA is associated with this case and receives all e-mails

4 relating to filings in this case.

5  Dated: April 8, 2025              Respectfully submitted,

6                                    BILAL A. ESSAYLI
                                     United States Attorney
7
                                     LINDSEY GREER DOTSON
8                                    Assistant United States Attorney
                                     Chief, Criminal Division
9

10            /s/ *Benedetto L. Balding*
                                     BENEDETTO L. BALDING
11                                   Assistant United States Attorney

12                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     2