BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
KEVIN B. REIDY (Cal. Bar No. 320583)
Assistant United States Attorney
Major Frauds Section
       1100 United States Courthouse
       312 North Spring Street
       Los Angeles, California 90012
       Telephone: (213) 894-8536
       Facsimile: (213) 894-0141
       E-mail: kevin.reidy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-00295-RGK |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE AGAINST ALL DEFENDANTS |
| v. | |
| ANDREW A. WIEDERHORN, WILLIAM J. AMON, REBECCA D. HERSHINGER, and FAT BRANDS INC., | [132] |
| Defendants. | |

   Upon application of the United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the Indictment filed in this matter as to all defendants be DISMISSED WITHOUT PREJUDICE and any bond be EXONERATED.

   IT IS SO ORDERED.

8/7/2025
_____
DATE

*Gary Klausner* (signature)
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE